GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ., CA Bar #111739
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for E. Lynn Schoenmann, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-31727-DM |
| INTERSCHOLASTIC TRADING COMPANY, LLC, | Chapter 7 |
| Debtor. | |

**MOTION FOR AUCTION SALE OF ASSETS**

E. Lynn Schoenmann, trustee herein ("Trustee"), hereby moves this Court for approval of the sale of the following assets of the estate, without representation or warranty. The sale is a bulk sale of all of the assets (in one lot for one price). The Trustee is not selling individual assets. The sale is for all of the bankruptcy estate's right, title and interest, if any, in and to the following assets ("Assets"): the following assets ("Assets"):

>    Interscholastic Name;
>    Goodwill;
>    URLS: interschola.com; interschola.org;
>    Interscholastic's website;
>    Interscholastic's client list consisting of school districts;
>    Interscholastic's list of buyers who have bought property at its auctions; and
>    Interscholastic's software platform called "Admin Systems" which interfaces with the Ebay system for the auctions.

The Trustee will not undertake the transfer of the Assets to the buyer. The Trustee will direct

1

the Debtor to transfer all such available Assets and it will be the responsibility of the buyer to make arrangements for the transfer and effect transfer of the Assets. The Trustee shall not have any responsibility or liability for the transfer of the Assets to the buyer. Any costs associated with transfer of the Assets will be the responsibility of the buyer. The Trustee will provide to the buyer a Bill of Sale upon closing of the sale, and the Trustee will execute any and all reasonable transfer documents regarding the Assets. The Trustee makes no representations or warranties regarding the Assets. The Assets are being sold "as-is, where-is" and "with all faults" and in their present condition specifically and expressly without any warranties, representations or guarantees, either express or implied, of any kind, nature or type whatsoever, including title, from or on behalf of the Trustee or the Debtor's estate. The sale will be subject to, not free and clear of any liens.

WHEREFORE, the Trustee requests an order approving the sale of the Assets as described hereinabove, subject to the 21-day objection period contained in the accompanying *Notice of Trustee's Auction Sale of Assets.*

DATED: January 23, 2015

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

By:    /s/ Daniel M. Linchey
       Attorneys for E. Lynn Schoenmann, Trustee